DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LEROY SHEPPARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-70

————————————————

February 16, 2024

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.